PD-0793-15

PD _____

PD-0793-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/26/2015 1:04:12 PM
Accepted 6/29/2015 3:14:29 PM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS

_____

### MITCHELL DEAN COCHRAN

### VS.

### THE STATE OF TEXAS

_____

### MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

_____

TO THE HONORABLE JUDGES OF SAID COURT:

I.

COMES NOW, Appellant in the above styled case, and makes and files this his request for an extension of time to file his PDR and would show unto the Court the following:

COURT BELOW:                           Tenth Court of Appeals

CAUSE NUMBER BELOW:                    NO. 10-14-00013-CR

DATE FOR PETITION OF
DISCRETIONARY REVIEW REFUSED:          None

PRESENT DEADLINE FOR
FILING APPELLANTS' PDR:                6-26-15

Mitchel Dean Cochran                                                    1

DAYS REQUESTED BY THIS
EXTENSION:                                          30

DATE TO WHICH EXTENSION
IS REQUESTED:                                      7-26-15

NUMBER OF EXTENSIONS
PREVIOUSLY GRANTED:                        None

## I.

The Appellee's request is based upon the following reasonable explanation of the need for additional time, within the personal knowledge of Charles W. McDonald, the attorney signing this motion, T.R.A.P. 10.5(b), namely:

## II.

Counsel's daughter was hospitalized under emergency conditions on June 4, 2015, requiring a week-long trip to Los Angeles. Counsel's father passed away unexpectedly in a car wreck on June 11, 2015.

## III.

WHEREFORE, this Attorney for the Appellant prays that the Court grant this motion and extend the time and deadline for the filing of Appellant's brief, or the Court grant such additional time as is just and proper.

Respectfully submitted,

/s/_____
Charles W. McDonald
ATTORNEY AT LAW
2024 Austin Avenue
Waco, Texas          76701
(254) 752-9901
FAX: (254) 754-1466
SBOT NO. 13538800

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing instrument was served upon Abelino "Abel" Reyna, McLennan County Criminal District Attorney, 219 N. Sixth Street, Suite 200, Waco, Texas 76701-1363, according to rule and law, this 26th day of June, 2015.

/s/_____
Charles W. McDonald